In the Supreme Court
RTBL<sup>e</sup> on the third monday in September 1808

*Angus Mackintosh*, adm<sup>or</sup>
   of Rich<sup>d</sup> Donovan, dec<sub>d</sub>
       *vs*
*Jeanbatiste Jerome*

entered 18 Sept<sup>ber</sup> 1806.

Sol<sup>o</sup> Sibley att<sup>y</sup> for ptff

Rec<sup>d</sup> 26 may 1808

TERRITORY OF MICHIGAN, TO WIT—

THE UNITED STATES *to the Marshall of the territory of Michigan* GREET-
ING: You are hereby commanded that you cause to be levied of the goods &
chattels, lands & tenements, within the territory of Michigan, of Jeanbatiste
Jerome, late of the district of Erie, yoman, as well as a certain debt of one
thousand one dollars, Eighty two cents, and half of a cent, which Angus
Mackintosh, administrator of Richard Donovan deceased, in our Supreme
Court before our judges, at Detroit, recovered against him; and also fifteen
dollars eighteen cents, and three fourths of a cent which were awarded to
the said Angus, as administrator, in our Said court for his damages which
he had by occasion of the detaining of the Said debt; and also one dollar,

Six cents & one fourth of a cent for this writ; and have you that money before our judges, at Detroit, on the third monday in September next, to render to the Said Angus for his debt & damages aforesaid, and have there this writ. WITNESS Augustus B. Woodward chief judge of our Said court, the twenty fifth of may one thousand eight hundred eight.

PETER AUDRAIN, clerk

[In the handwriting of Peter Audrain]

25. may.

In the Supreme Court

RTBL<sup>e</sup> on the third monday in September 1808.

